UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIMOTHY DEAN PARKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WAYNE SCHAFFTER, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　No. 1:03-cv-1741-JDT-TAB<br>)<br>)<br>)<br>) |

**Entry Concerning Selected Matters**

　　　　The court, having considered the above action and the matters which are pending, makes the following rulings:

　　　　1.　　The plaintiff's motion for extension of time filed on January 30, 2006, is **granted.** The parties shall have **through March 31, 2006,** in which to complete written discovery and discovery depositions.

　　　　2.　　The plaintiff's motion for change of judge filed on February 13, 2006, is based on the plaintiff's assertion that the undersigned is biased against the plaintiff because of rulings made by the undersigned in prior litigation brought by the plaintiff. This is not a valid basis on which to seek recusal, because adverse rulings against a party are not evidence of bias. *Matter of Huntington Commons Associates,* 21 F.3d 157, 158-59 (7th Cir. 1994). Such rulings are proper grounds for appeal, not for recusal. *Liteky v. United States*, 510 U.S. 540, 555 (1994); *McLaughlin v. Union Oil Co. of Calif*., 869 F.2d 1039, 1047 (7th Cir. 1989) ("Bias cannot be inferred from a mere pattern of rulings by a judicial officer, but requires evidence that the officer had it 'in' for the party for reasons unrelated to the officer's views of the law, erroneous as that view might be"); *Jaffree v. Wallace*, 837 F.2d 1461, 1465 (11th Cir. 1988) ("It is simply not enough to voice disagreement with previous rulings by [the judge] . . . [n]or is it enough to complain that [the judge] did not expressly consider some of appellant's motions"). Accordingly, the motion for change of judge is **denied.**

　　　　3.　　The **clerk** shall **update the docket** to reflect the plaintiff's change of address as indicated in the distribution list of this Entry.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John Daniel Tinder, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

Date: 02/14/2006

**NOTE TO CLERK:** **PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.**

Copies to:

Timothy Parks
DOC #952451
Putnamville Correctional Center
1500 West U.S. 40
Greencastle, IN 46135-9275

Charles Francis Braddock
cbrad109@aol.com

David Allen Happe
CITY OF ANDERSON
dhappe@cityofanderson.com

Michael Roy Morow
STEPHENSON MOROW & SEMLER
mmorow@stephlaw.com

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
tquigley@atg.state.in.us